Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11|15|2019

UNITED STATES OF AMERICA

v.          Docket No. 0208 1:13CR00242

Guillermo Ortiz

On April 14, 2017, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Guillermo Ortiz be discharged from Supervised Release.

Respectfully submitted,

by  _Daveena Tumasar_

Daveena Tumasar
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _15th_ day of _November_, 20 _19_ .

_Denise Cote_

Honorable Denise Cote
Senior U.S. District Judge